UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE JONES | CIVIL ACTION |
| VERSUS | NO. 23-2430 |
| KEITH COOLEY, WARDEN | SECTION M (5) |

## ORDER

Having considered the record, the applicable law, the magistrate judge's report and recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, the Court approves the R&R and adopts it as its opinion in this matter. Accordingly,

IT IS ORDERED that the petitioner's habeas application is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 20th day of November, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5.